# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                         CASE NO: 6:22-mj-1314-EJK

**JESSICA NAVARRO**

AUSA: John Gardella
FPD: Michael Ryan

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **April 5, 2022**<br>2:57 P.M.- 3:19 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 22 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@<br>flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE
**(Rule 5c – Eastern District of Pennsylvania)**

**Defendant arrested today**

Case called, appearances made, procedural setting by the Court.
Court advises defendant of her rights, including Rule 20 rights.
Government advises defendant of the counts in the Indictment and potential penalties
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Government -oral motion for release- Motion granted- Order to enter.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.